**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Beverly J. Holmes-Diltz |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number | 1945615 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo USA Holdings, Inc.

**Court claim no.** (if known): 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2021

**New total payment:**
Principal, interest, and escrow, if any: $2891.23

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 5 1

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 555.23     New escrow payment: $ 622.01

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                  Notice of Mortgage Payment Change                  page 1

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Jeremy Anthony                             Date 02/23/2021
  Signature

Print: Anthony,           Jeremy                                    VP Loan Documentation
       First Name    Middle Name    Last Name                       Title

Company   Wells Fargo Bank, N.A.

Address   MAC N9286-01Y
          Number           Street
          1000 Blue Gentian Road
          Address 2
          Eagan                          MN      55121-7700
          City                           State   ZIP Code

Contact phone  800-274-7025              NoticeOfPaymentChangeInquiries@wellsfargo.com
                                         Email

# UNITED STATES BANKRUPTCY COURT

Eastern District of Missouri

Chapter 13  No. 1945615
Judge: Kathy A. Surratt-States

In re:

Beverly J. Holmes-Diltz

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before February 24, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Beverly J. Holmes-Diltz
4009 Westminster Pl

St Louis MO 63108

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

Laurence D. Mass

230 S Bemiston Ave
Suite 1200
Clayton MO 63105

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908

St. Louis MO 63143

/s/Jeremy Anthony

VP Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

## Escrow Review Statement
*For informational purposes only*

**Statement Date:** February 8, 2021
**Loan number:**
**Property address:**
4009 WESTMINSTER PL
ST LOUIS MO 63108

### Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

BEVERLY J HOLMES-DILTZ
ANTUAN DILTZ
4009 WESTMINSTER PL
SAINT LOUIS MO 63108-3917

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **April 1, 2021** payment, the contractual portion of the escrow payment **increases**.

> The escrow account has a shortage of
> **$536.48**

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 03/01/2021 payment date | New payment beginning with the 04/01/2021 payment |
|---|---|---|
| **Principal and/or interest** | $2,269.22 | $2,269.22 |
| **Escrow payment** | $555.23 | $622.01 |
| **Total payment amount** | $2,824.45 | $2,891.23 |

**Option 1: No action required**

Starting **April 1, 2021** the new contractual payment amount will be **$2,891.23**

### Option 2 — Pay the shortage amount of $536.48

| | Previous payment through 03/01/2021 payment date | New payment beginning with the 04/01/2021 payment |
|---|---|---|
| **Principal and/or interest** | $2,269.22 | $2,269.22 |
| **Escrow payment** | $555.23 | $577.30 |
| **Total payment amount** | $2,824.45 | $2,846.52 |

**Option 2: Pay shortage in full**

Starting **April 1, 2021** the new contractual payment amount will be **$2,846.52**

**See Page 2 for additional details.**

---



BEVERLY J HOLMES-DILTZ
ANTUAN DILTZ

Wells Fargo Home Mortgage
PO Box 10394
Des Moines, IA 50306-0394

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for 536.48 to the address that appears on this coupon.

This payment must be received no later than **April 1, 2021**.

708   4 10 02 00273068 00284652 00326716 00053648 4

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $6,912.36. For the coming year, we expect the amount paid from escrow to be $6,927.62.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 10/17 - 09/18 (Actual) | 05/18 - 04/19 (Actual) | 08/19 - 02/21 (Actual) | 04/21 - 03/22 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $4,004.43 | $4,073.81 | $4,182.36 | $4,197.62 | ÷ | 12 | = | $349.80 |
| **Property insurance** | $2,601.00 | $2,589.00 | $2,730.00 | $2,730.00 | ÷ | 12 | = | $227.50 |
| **Total taxes and insurance** | $6,605.43 | $6,662.81 | $6,912.36 | $6,927.62 | ÷ | 12 | = | $577.30 |
| **Escrow shortage** | $0.00 | $0.00 | $0.00 | $536.48 | ÷ | 12 | = | $44.71** |
| **Total escrow** | $6,605.43 | $6,662.81 | $6,912.36 | $7,464.10 | ÷ | 12 | = | $622.01 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance April, 2021 |   | -$178.75 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $796.87 |  |
| Minimum balance for the escrow account† | - | $1,154.60 | (Calculated as: $577.30 X 2 months) |
| **Escrow shortage** | = | -$536.48 |  |

‡This adjustment of $796.87, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

Escrow account projections from April, 2021 to March, 2022

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Mar 2021 | | | Starting balance | $1,973.95 | $3,307.30 |
| Apr 2021 | $577.30 | $2,730.00 | STATE FARM INS | -$178.75 | $1,154.60 |
| May 2021 | $577.30 | $0.00 | | $398.55 | $1,731.90 |
| Jun 2021 | $577.30 | $0.00 | | $975.85 | $2,309.20 |
| Jul 2021 | $577.30 | $0.00 | | $1,553.15 | $2,886.50 |
| Aug 2021 | $577.30 | $0.00 | | $2,130.45 | $3,463.80 |
| Sep 2021 | $577.30 | $0.00 | | $2,707.75 | $4,041.10 |
| Oct 2021 | $577.30 | $0.00 | | $3,285.05 | $4,618.40 |
| Nov 2021 | $577.30 | $0.00 | | $3,862.35 | $5,195.70 |
| Dec 2021 | $577.30 | $4,197.62 | ST LOUIS CITY | $242.03 | $1,575.38 |
| Jan 2022 | $577.30 | $0.00 | | $819.33 | $2,152.68 |
| Feb 2022 | $577.30 | $0.00 | | $1,396.63 | $2,729.98 |
| Mar 2022 | $577.30 | $0.00 | | $1,973.93 | $3,307.28 |
| Totals | $6,927.60 | $6,927.62 | | | |

## Part 4 - Escrow account history

Escrow account activity from August, 2019 to March, 2021

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Aug 2019 | | | | | | | Starting Balance | -$9,507.64 | $2,776.20 | -$12,283.84 |
| Aug 2019 | $0.00 | $555.23 | -$555.23 | $0.00 | $0.00 | $0.00 | | -$9,507.64 | $3,331.43 | -$12,839.07 |
| Sep 2019 | $0.00 | $555.23 | -$555.23 | $0.00 | $0.00 | $0.00 | | -$9,507.64 | $3,886.66 | -$13,394.30 |
| Oct 2019 | $0.00 | $555.23 | -$555.23 | $0.00 | $0.00 | $0.00 | | -$9,507.64 | $4,441.89 | -$13,949.53 |
| Nov 2019 | $0.00 | $555.23 | -$555.23 | $0.00 | $0.00 | $0.00 | | -$9,507.64 | $4,997.12 | -$14,504.76 |
| Dec 2019 | $0.00 | $555.23 | -$555.23 | $4,182.36 | $4,073.81 | $108.55 | ST LOUIS CITY | -$13,690.00 | $1,478.54 | -$15,168.54 |
| Jan 2020 | $0.00 | $555.23 | -$555.23 | $0.00 | $0.00 | $0.00 | | -$13,690.00 | $2,033.77 | -$15,723.77 |
| Feb 2020 | $0.00 | $555.23 | -$555.23 | $0.00 | $0.00 | $0.00 | | -$13,690.00 | $2,589.00 | -$16,279.00 |
| Mar 2020 | $0.00 | $555.23 | -$555.23 | $2,730.00 | $0.00 | $2,730.00 | STATE FARM INS | -$16,420.00 | $3,144.23 | -$19,564.23 |
| Apr 2020 | $0.00 | $555.23 | -$555.23 | $0.00 | $2,589.00 | -$2,589.00 | STATE FARM INS | -$16,420.00 | $1,110.46 | -$17,530.46 |
| May 2020 | $0.00 | $555.23 | -$555.23 | $0.00 | $0.00 | $0.00 | | -$16,420.00 | $1,665.69 | -$18,085.69 |
| Jun 2020 | $0.00 | $555.23 | -$555.23 | $0.00 | $0.00 | $0.00 | | -$16,420.00 | $2,220.92 | -$18,640.92 |
| Jul 2020 | $0.00 | $555.23 | -$555.23 | $0.00 | $0.00 | $0.00 | | -$16,420.00 | $2,776.15 | -$19,196.15 |
| Nov 2020 | $1,384.38 | $0.00 | $1,384.38 | $4,197.62 | $0.00 | $4,197.62 | ST LOUIS CITY | -$19,233.24 | $2,776.15 | -$22,009.39 |
| Jan 2021 | $461.46 | $0.00 | $461.46 | $0.00 | $0.00 | $0.00 | | -$18,771.78 | $2,776.15 | -$21,547.93 |
| Feb 2021 (estimate) | $20,190.50 | $0.00 | $20,190.50 | $0.00 | $0.00 | $0.00 | | $1,418.72 | $2,776.15 | -$1,357.43 |
| Mar 2021 (estimate) | $555.23 | $0.00 | $555.23 | $0.00 | $0.00 | $0.00 | | $1,973.95 | $2,776.15 | -$802.20 |
| Totals | $22,591.57 | $6,662.76 | $15,928.81 | $11,109.98 | $6,662.81 | $4,447.17 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801   9/19

